tant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Lara Eilhardt, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Ken Lee, United States Department of Veterans Affairs, of Washington, DC.

Michael J. Nardotti, Jr., Patton Boggs LLP, of Washington, DC, argued for Intervenor. With him on the brief were Michael J. Schaengold and Elizabeth M. Gill.

NEWMAN, SCHALL, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Ilan Barzilay, Seyfarth Shaw LLP, Boston, MA, for Plaintiff–Appellant.

David A. Dillard, Gerrit Warren Bleeker, Christie, Parker & Hale LLP, Glendale, CA, for Defendant–Appellee.

Before DYK, PROST, and O'MALLEY, Circuit Judges.

## ORDER

PER CURIAM.

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction.

---

**WEBSTONE CO., INC., Plaintiff–Appellant,**

v.

**RED–WHITE VALVE USA,**
**Defendant–Appellee,**

and

**Vir Valvo Industria Ing. Rizzo S.P.A., Defendant.**

No. 2012–1256.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2013.

---

**MERCK SHARP & DOHME CORP.,**
**MSD International GMBH,**
**Plaintiffs–Appellees,**

v.

**MYLAN PHARMACEUTICALS INC., Defendant–Appellant.**

No. 2012–1434.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2013.